UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA **FILED IN OPEN COURT**
WESTERN DIVISION ON _4·24-2012 $hr$_

NO. _5:12-CR-139-1BO(3)_ Julie A. Richards, Clerk
US District Court
**Eastern District of NC**

UNITED STATES OF AMERICA )
)
V. ) ORDER TO SEAL INDICTMENT
)
MOGEEB ABDU KARAH )
a/k/a "Yaser Ahmed Mohammed Zelaat" )

Upon motion of the United States, it is hereby ORDERED that
the Indictment in the above-captioned case, returned by the Federal
Grand Jury on April 24th, 2012, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal
the Indictment for the purposes of issuing arrest warrants for the
defendant and to provide copies of the Indictment to the United
States Attorney.

It is FURTHER ORDERED that the Clerk unseal and publish the
captioned Indictment upon motion of the United States Attorney.

This the 24th day of April, 2012.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate