IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-139-1BO

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
MOGEEB ABDU KARAH )
 a/k/a "Yaser Ahmed Mohammed )
Zelaat"

FILED
JUN - 1 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Upon motion of the United States, for good cause shown and for the reasons stated in the motion to unseal, it is hereby ORDERED that the above-referenced matter be unsealed by the Clerk.

This ___1___ day of June, 2012.

HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

3