IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-139-1BO

UNITED STATES OF AMERICA            )
                                    )
              v.                    )               ORDER
                                    )
MOGEEB ABDU KARAH                   )
  a/k/a "Yaser Ahmed Mohammed       )
Zelaat"

        Upon motion of the United States, for good cause shown and for

the reasons stated in the motion to transfer, it is hereby ORDERED

that the defendant be transferred to the Eastern District of North

Carolina and held in the custody of the United States Marshal until

such time the pre-trial release order issued by Chief United States

Magistrate Steven M. Gold of the Eastern District of New York can

be reviewed by this Court.

        This _____1_____ day of June, 2012.

                              _Terrence W. Boyle_
                              HONORABLE TERRENCE W. BOYLE
                              UNITED STATES DISTRICT JUDGE